IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER ON MOTION FOR REDUCTION IN SENTENCE |
| V. | UNDER 18 U.S.C. § 3582(c)(1)(A) (COMPASSIONATE RELEASE) |
| NELSON GONZALEZ | CASE NO.:  3:97CR204(JCH) |

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors set forth in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission to the extent they are relevant to whether a reduction is warranted (and, if so, the amount of the reduction), and in accordance with the court's Ruling (Doc. No. 630),

IT IS ORDERED that the motion is:

☑  GRANTED

The defendant's previously imposed sentence of imprisonment of 120 months on Count 1 and life imprisonment on Count 2, to run concurrently is reduced as follows:  the court reimposes a term of 120 months on Count 1 (effectively already served) and time served on Count 2 effective September 17, 2025.

**SUPERVISED RELEASE**:

Upon release from BOP custody, the defendant shall serve a 3-year term of supervised release on Count 1, and a 5-year term of supervised release on Count 2, to run concurrently.  As a special condition of supervised release, the defendant must reside in a Residential Reentry Center for the first two months after release from BOP custody.

The mandatory and Standard Conditions of Supervised Release as attached are imposed. In addition, the following special conditions are imposed:

1. You must reside in a Residential Reentry Center for the first two months of your term of supervised release.
2. You must participate in a program recommended by the Probation Office and approved by the Court for mental health treatment.  You must follow the rules and regulations of that program. The Probation Office, in consultation with the treatment provider, will supervise your

participation in the program. If you are prescribed any medication, you must take it in the manner and dosage prescribed. You must pay all or a portion of costs associated with treatment based on your ability to pay as recommended by the Probation Office and approved the court.

3. You must obtain and maintain employment of at least 30 hours per week or enroll in an educational/vocational program and follow the rules and regulations of that program. Such programming may include, but are not limited to, job readiness training, skills development, and educational classes. If you are unable to find employment and are not enrolled in an educational or vocational program, you shall participate in a community service program, approved by the probation office, such that the community service, and any employment and educational/vocational training total at least 30 hours per week. The defendant shall provide the probation office with verification of hours completed upon request.

4. You must submit your person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit a search may be grounds for revocation; you must inform any other residents or occupants that the premises or vehicle may be subject to searches pursuant to this condition.

**SO ORDERED**

Dated at New Haven, Connecticut, on this 29th day of July, 2025.

Janet C. Hall
Digitally signed by Janet C. Hall
Date: 2025.07.29 16:00:16 -04'00'

Janet C. Hall, U.S. District Judge

## CONDITIONS OF SUPERVISED RELEASE

In addition to the Standard Conditions listed below, the following Mandatory Conditions are imposed as set forth by U.S.S.G. §5D1.3(a):

### MANDATORY CONDITIONS
(select all that apply)

(1) ■ You shall not commit another federal, state or local offense (see 18 U.S.C. § 3583(d)).

(2) ■ You shall not unlawfully possess a controlled substance (see 18 U.S.C. § 3583(d)).

(3) ☐ You shall attend a public, private, or private non-profit offender rehabilitation program that has been approved by the court, in consultation with a State Coalition Against Domestic Violence or other appropriate experts, if an approved program is available within a 50-mile radius of your legal residence (see 18 U.S.C. § 3583(d)).

(4) ■ You shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as determined by the court, for use of a controlled substance.

  ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse (see 18 U.S.C. § 3583(d)).

(5) ☐ If a fine is imposed and has not been paid upon release to supervised release, you shall adhere to an installment schedule to pay that fine (see 18 U.S.C. § 3624(e)).

(6) ■ You shall ☐ (A) make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A, or any other statute authorizing a sentence of restitution; and ■ (B) if not already paid, pay the assessment imposed in accordance with 18 U.S.C. § 3013. If there is a court-established payment schedule for making restitution or paying the assessment (see 18 U.S.C. § 3572(d)), you shall adhere to the schedule.

(7) ☐ You shall comply with the requirements of the Sex Offender Registration and Notification Act (see 18 U.S.C. § 3583(d)).

(8) ■ You shall submit to the collection of a DNA sample at the direction of the United States Probation Office if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (34 U.S.C. § 40702).

### STANDARD CONDITIONS

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

(1) You shall report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your
release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

(2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and
when you to report to the probation officer, and you shall report to the probation officer as instructed.

(3) You shall not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

(4) You shall answer truthfully the questions asked by your probation officer.

(5) You shall live at a place approved by the probation officer. If you plan to change where you live or anything about your living
arrangements (such as the people you live with), you shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

(6) You shall allow the probation officer to visit you at any time at your home or elsewhere, and you shall permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

(7) You shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from
doing so. If you do not have full-time employment you shall try to find full-time employment, unless the probation officer excuses
you from doing so. If you plan to change where you work or anything about your work (such as your position or your job

    responsibilities), you shall notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you shall notify the probation officer within 72 hours of
becoming aware of a change or expected change.
(8) You shall not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you shall not knowingly communicate or interact with that person without first getting the permission of the probation officer.
(9) If you are arrested or questioned by a law enforcement officer, you shall notify the probation officer within 72 hours.
(10) You shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
(11) You shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
(12) You shall follow the instructions of the probation officer related to the conditions of supervision.

Upon a finding of a violation of supervised release, I understand that the court may (1) revoke supervision <u>and impose a term of imprisonment</u>, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____    _____
                Defendant                                                            Date

_____    _____
U.S. Probation Officer/Designated Witness                  Date